UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| PAYTON O. OTIENO,<br><br>   Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | Civil No. C10-0949-MAT<br><br><br><s>PROPOSED</s> ORDER AMENDING THE SCHEDULING ORDER |
|---|---|

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including December 2, 2010, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including December 16, 2010, to file an optional reply brief.

DATED this 21st day of October, 2010.

                                                    _____
                                                    Mary Alice Theiler
                                                    United States Magistrate Judge

Page 1       ORDER - [C10-0949-MAT]

1

2

Presented by:

3

/s/ Richard A. Morris
4  RICHARD A. MORRIS, WSB #33780
   Special Assistant United States Attorney
5  Office of the General Counsel
   Social Security Administration
6  701 Fifth Avenue, Suite 2900 MS/221A
   Seattle, Washington 98104-7075
7  Telephone: (206) 615-2156
   FAX: (206) 615-2531
8  rick.morris@ssa.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23